UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WATSON WARD,

        Plaintiff,        Case Number: 2:15-CV-11653

v.        HON. GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE
IVORY, ET AL.,

        Defendants.
_____/

**OPINION AND ORDER GRANTING PETITIONER'S
REQUEST FOR VOLUNTARY DISMISSAL**

Michigan state prisoner Watson Ward filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.  Now before the Court are two letter-motions from Plaintiff requesting voluntary dismissal of his complaint.

Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action without leave of the adverse party or the court at any time before service by the adverse party of an answer or of a motion for summary judgment.  Respondent has not yet been served with the petition and, therefore, has not filed an answer or motion for summary judgment.

The Court **GRANTS** Petitioner's letter-motions for dismissal (dkt. # 8 and #9) and the matter is **DISMISSED WITHOUT PREJUDICE**.

Dated:  July 27, 2015

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 27, 2015, by electronic and/or ordinary mail and also on Watson Ward #507557, Macomb Correctional Facility, 34625 26 Mile Road, New Haven, MI 48048.

s/Barbara Radke
Deputy Clerk